HARRISON COUNTY, Iowa, et al., Appellants, v. FARMERS' STATE BANK OF LOGAN, IOWA.

No. 9059.

Circuit Court of Appeals, Eighth Circuit.

Nov. 11, 1930.

P. E. Roadifer and R. E. Havens, both of Logan, Iowa, for appellants.

Andrew V. Thornell, of Sidney, Iowa, and Addison G. Kistle, of Council Bluffs, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellee under Rule 16.

HARRISON COUNTY, Iowa, et al., Appellants, v. FIRST NATIONAL BANK OF LOGAN, IOWA.

No. 9058.

Circuit Court of Appeals, Eighth Circuit.

Nov. 11, 1930.

P. E. Roadifer and R. E. Havens, both of Logan, Iowa, for appellants.

Andrew V. Thornell, of Sidney, Iowa, and Addison G. Kistle, of Council Bluffs, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellee under Rule 16.

P. C. HESSER v. UNITED STATES.

No. 94.

Circuit Court of Appeals, Tenth Circuit.

Oct. 13, 1930.

J. I. Howard, of Pawhuska, Okl., for appellant.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and PHILLIPS, Circuit Judges, and POLLOCK, District Judge.

PER CURIAM.

Appeal dismissed October 13, 1930, per stipulation, at costs of appellant.

Otto HOLLEY et al., Appellants, v. UNITED STATES of America.

No. 9034.

Circuit Court of Appeals, Eighth Circuit.

Oct. 17, 1930.

B. N. Mosman, of Kansas City, Mo., for appellants.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee and consent of appellants.